Rickie Hill
Name

HDSP - PO Box 650

Indian Springs, NV 89070

87052
Prison Number

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\*\*\*

Rickie Hill
                                    Plaintiff,

vs.

J. Rutledge et al
(AWP) Piccinini
                                    ,
                                    ,
                                    ,
                                    Defendant(s).

Case No. _____
(Supplied by Clerk of Court)

CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

Jury Trial Demand

A.   JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, Rickie Hill,
(print plaintiff's name)

who presently resides at HDSP, were violated by

the actions of the below-named individuals that were directed against Plaintiff at

HDSP                                                on the following dates:
(institution/city where violation occurred)

7-20-20 , _____ , and _____ .
(Claim 1)         (Claim 2)              (Claim 3)

Revised 7/8/19

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant __J. Rutledge__ resides at __HDSP__, and is
   (full name of first defendant)     (address of first defendant)
   employed as __C/O__. This defendant is sued in his/her
   (defendant's position and title, if any)
   _X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting
   under color of law: __At all times relevant to this complaint Rutledge was employed by (NDOC) as a C/O__

3) Defendant __Ruiz__ resides at __HDSP__, and is
   employed as __Lt.__. This defendant is sued in his/her
   _X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting
   under color of law: __Same as #2__

4) Defendant __Piccinini__ resides at __HDSP__, and is
   employed as __Associate warden__. This defendant is sued in his/her
   _X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting
   under color of law: __Same as #2__

2

5) Defendant _____ resides at _____, and is employed as _____. This defendant is sued in his/her ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

_____

6) Defendant _____ resides at _____, and is employed as _____. This defendant is sued in his/her ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

42 USC 1985

### B. NATURE OF THE CASE

8) Briefly state the background of your case.

My 1-14th constitutional rights were violated by Rutledge, Ruiz & Piccinini

3

C. CAUSE(S) OF ACTION

CLAIM 1

The following civil rights have been violated: Hill 8th 14th amendments to the U.S. Constitution were violated.

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1) At approx. 3:30pm c/o J. Rutledge - a white man - on or about July 21, 2020 stated to Hill: "I'm A-Symptamatic with COVID-19 if you don't want me to take my mask off and cough into your cell? You better pull your cock out and let me stroke it until it hard." He told hill how big/sexy his Dick was while strokin it.

2) Hill was in fear for his safety as an older black man at 54 with underlying health problems so he allowed it.

3) Afterwards Rutledge stated, there's no cameras in this unit so if you snitch, no one will believe your GAY, Black, Jewish ass, and he'll give my families mail, pictures away.

4) This was not wanted, or provoked by hill. This has become the norm at (HDSP) and staff is taking advantage of COVID.

5) Hill was discriminated against because he's a GAY/Black/Jew. Rutledge is an ATHEIST, who searched hills cell & saw hill's alternative magazines, and told hill he Hates GAY/BLACK Jews, But love our huge cocks.

6) No one of hills same protected class group was treated this way by Rutledge in similarly situated incidents

4

CLAIM I continued

The following civil rights have been violated: _same as claim 1_

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

on or about 7-21-2020.

7. Rutledge failed to protect hill, along with Lt. Ruiz, because Ruiz knew of Rutledges proclivities toward endowed blackmen, but kept assigning Rutledge to hills unit, enabling Rutledge to sexually abuse hill.

8. Rutledge is about 25 or so.

9. This was Cruel and Unusual punishment Rutledge subjected hill to by treating hill with deliberate indifference.

10. Rutledge knew the risk to hills safety, but disregarded the risk, to get his own perverted pleasure.

11. Ruiz is a _mexican_ veteran Lt. and is liable, because Hill made Ruiz aware of the situation, but ruiz never addressed it as he promised in "EXHIBIT "A." An inmate request form

12. Note: in EXH. A Hill wrote it on 7-21-20, Ruiz responded on 8-24-20

13. Ruiz discriminated against me because im a GAY, Black/Jew. ruiz told me he hates gays. No one else in Hill same class group was discriminated against by ruiz on the dates in

5

## CLAIM continued

The following civil rights have been violated: same as claim 1

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

question in similarly situated incidents. Ruiz treated hill with Deliberate indifference, by taking over a month to answer hills Kite = inmate request form. This was a form of Cruel & Unusual punishment in and of itself, as hill was reaching out to supervisors to fix this UNEQUAL Treatment, and it seems as if his pleas fell on deaf ears. Leaving hill to have nightmares daily. 14 Assosiat Warden Piccinini is eqvaly responsible, as it appears after he viewed hill Kite EXH."A", he mustve with-eld it for quite some time before designating Ruiz respond to it. Making him liable for Equal protection & Discrimination on the basis of hill being labeled a Black/GAY/Jew. Piccinini Knew of hills protected class group as he is the grievance coordinator who respond to most of hills grievances. No one else in hills same class group was treated like this by Piccinini in similarly situated incidents on the dates in questions, see EXH "A" where hill originally sent it to Def Piccinini. All Defs Knew of this well established PREA laws. So theyre not eligible for Qualified Immunity. Hill has witnesses to the abuse & was denied grievances.

6

9) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? Circle one: (Yes) or No. If your answer is "Yes," describe each lawsuit. (If more than one, describe the others on an additional page answering the following questions.)

   a) Defendants: C. Rawley

   b) Name of court and docket number: USDCt 3:15-CV-00038

   c) Disposition (for example, was the case dismissed, appealed or is it still pending?): Settled $1,500

   d) Issues raised: PREA

   e) Approximate date it was filed: 1/2015

   f) Approximate date of disposition: 3-9-2020

10) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? Circle one: Yes or No. If your answer is "Yes," describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page answering the following questions.)

   **Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

   a) Defendants: _____

   b) Name of court and case number: _____

   c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

   d) Issues raised: _____

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

7

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a) Defendants: _____ N/A _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

d) Issues raised: _____ N/A _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

**D. REQUEST FOR RELIEF**

I believe I am entitled to the following relief: Each defendant pay plaintiff $25,000 in damages. In excesses of $25,000 in punitive damages. Injunctive relief that will be given single cell status, left in the hole w/given a porter job. Tested twice per month for COVID.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____  Rickie Hill #87052
(name of person who prepared or helped    (signature of plaintiff)
prepare this complaint if not the plaintiff)

August 27 2020
(date)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Rickie Hill #87052
Plaintiff,

vs.

J. Rutledge et al
Defendant

Case No.:

DECLARATION/AFFIDAVIT ~~FOR CLASS ACTION SUIT~~ in support of attached 42 USC 1983

I, Rickie Hill, HEREBY DECLARE:

1) That im the author of this and the attached 42 USC 1983
2) That on or about 7-21-2020 i was sexually abused by Def. J. Rutledge by him talking sexually to me while he stroked my penis.
3) That any and all other facts Hill dont have ink to write herein stands as enunciated within the attached 42 USC 1983
4) That this was witnessed by several inmates.
5) That hill was denied grievances several times
6) That hill has had too many nightmares in-re this reoccuring.
7) That this was unwanted/unprovoked by Hill
8) That Hill further sayeth Naught.

I Declare under the penalty of perjury that the foregoing is true/correct as ive written it to be. Dated Aug. 27 2020
Rickie Hill #87052, HDSP, PO Box 650 Indian Springs NV.

-1-

CERTIFICATE OF SERVICE

I, **Rickie Hill**, hereby certify that I am the petitioner in this matter and I am representing myself in propria persona.

On this **27** day of **August**, **2020**, I served copies of the **42 USC 1983** _____

in case number: _____ and placed said motion(s) in U.S. First Class Mail, postage pre-paid:

Address: **333 Las Vegas Blvd, So. Rm 1334, LV. NV 89101**
Sent to: **CLERK, US Dist. Ct**

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the petitioner in the above-entitled action, and he, the defendant has read the above CERTIFICATE OF SERVICE and that the information contained therein is true and correct. 28 U.S.C. §1746, 18 U.S.C. §1621.

Executed at **HDSP** _____
on this **27** day of **August**, **2020**.

                                    _____ **#87052**
                                                         DOP#

                        PETITIONER -- In Proper Person

4RUIZ

EXHIBIT "A"

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| RICKIE HILL | 87052 | ~~PB-7~~ | 7-21-20 |

4.) REQUEST FORM TO: (CHECK BOX)  ___MENTAL HEALTH  ___CANTEEN

___CASEWORKER  ___MEDICAL  ___LAW LIBRARY  ___DENTAL

___EDUCATION  ___VISITING  ___SHIFT COMMAND

___LAUNDRY  ___PROPERTY ROOM  ___OTHER AWP

5.) NAME OF INDIVIDUAL TO CONTACT: Piccinini

6.) REQUEST: (PRINT BELOW) On 7-20-20 C/O J. Rutledge took his mask off as soon as he read my note on my window advising staff i'd grieve them for not wearing a mask. He denied me grievances, along with C/O Marciano who Rutledge told him to take off his mask. So i'll be grieving them both. Also they both Sexually Abused me So i'll be filing two PREA lawsuits as well. Marciano refused to sign my kites

7.) INMATE SIGNATURE _____  DOC # 87052

8.) RECEIVING STAFF SIGNATURE _____  DATE 21 JULY 2020

*********

9.) RESPONSE TO INMATE

THIS OFFICER NO LONGER WORKS FOR THE NDOC, BUT I WILL ADDRESS ALL STAFF ABOUT THIS.

10.) RESPONDING STAFF SIGNATURE _____  DATE 8/24/20

too. LVMPD Sheriff Ordered all police/c/os to wear mask. PLEASE ENforce it.

DOC - 3012 (REV. 7/01)