United States District Court
District of Nevada

| RICKIE Hill<br>Plaintiff<br>v<br>Rutledge et al<br>Defendant | Case No. 2:20-CV-00495-MMD-WGC<br>Motion to apprise "INADEQUATE<br>LAW LIBRARY AT (HDSP)" |
|---|---|

Comes now RICKIE HILL, in pro-se moves this court to ORDER AGO to ORDER (NDOC) esp. (HDSP) law library to forward hills e-files twice per day if necessary & STOP delays.

### Points and authorities

There's only one regular free staff preparing copies, papers etc., then he has (2) regular c/os Resto & Lima, both Hill is suing in 2:20-cv-02038, & 2:21-cv-00145 respectively. Both brings hill e-files 3 to 8 days late. e.g. Today Resto delivered e-files to everybody but Hill this morning. (view Bldg #10 video) Also, Hill never got replies due from Rands on 9/1/2021 in this case. Conclusion: Having shown good cause please appoint counsel & ORDER the fore of AGO please. Under the penalty of perjury this is true & correct to my knowledge. Dated 9/9/21, _____ 87052 plaintiff

### Mailing Certificate

undersigned avers mailing the fore to: Clk, USDCt, 333 Las Vegas Blvd. So., LV NV 89101, Douglas R Rands, 100 N. Carson St, CC NV 89701 Made Sept. 9 2021
Rickie Hill #87052 plaintiff at (HDSP) in Clark Co. NV.
* IF HILL CAN'T DEPEND ON (NDOC) TO ENFORCE THEIR AR$/OP$ ROGUE c/os violate, How can he have his day in court?

1