UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE HILL,<br><br>    Plaintiff<br><br>v.<br><br>J. RUTLEDGE, et. al.,<br><br>    Defendants | Case No.: 3:20-cv-00495-MMD-WGC<br><br>**Minute Order**<br><br>Re: ECF No. 6 |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK: <u>KAREN WALKER</u>        REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff Rickie Hill filed a Motion to Replace SDAG D. Rands, DAG C. Fondi, and DAG R. Bibee.(ECF No. 6.) Plaintiff asserts that Rands is a defendant in his case, 2:20-cv-00684-APG-NJK, and Fondi and Bibee have been indoctrinated to think with a closed mind like Rands.

    Mr. Rands is assigned to represent the defendant in this case. Therefore, **within 10 days** of the date of this Order, the Office of the Attorney General shall file a response to Plaintiff's motion insofar as he seeks to replace Rands in this case. Plaintiff will then have **7 days** to file a reply brief.

Plaintiff's motion is **DENIED** insofar as he seeks to replace Fondi and Bibee who are not assigned to this case.

**IT IS SO ORDERED**.

Dated: December 2, 2021                    DEBRA K. KEMPI, CLERK

                              By: _____/s/_____

                                   Deputy Clerk